_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 05, 2018

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

|  | )  |  |
|---|---|---|
| In re: | ) | Case No. 17-13662-abl |
|  | ) |  |
| STERLING ENTERTAINMENT GROUP LV, LLC, | ) | Chapter 11 |
|  | ) |  |
|  | ) | Hearing Date: February 2, 2018 |
| Debtor. | ) | Hearing Time: 1:30 p.m. |
| _____ | ) |  |

**ORDER GRANTING MOTION TO DISMISS CASE**

On February 2, 2018, the Court issued its oral ruling on a Motion to Dismiss Case

("Motion") (ECF No. 109).[1]  The Motion was filed on behalf of Aristotle Holding Limited

Partnership ("Creditor").

At the December 21, 2017 hearing, attorney Samuel A. Schwartz appeared on behalf of

the Debtor. Attorneys Jeanette Mcpherson, Kelly Stout, and Dennis Kennedy appeared on

behalf of the Creditor. Attorney Anthony A. Zmaila appeared on behalf of Larry L. Bertsch.

Attorney Edward McDonald appeared on behalf of the Office of the United States Trustee.

Other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course

of its oral ruling on February 2, 2018, those findings of fact and conclusions of law are

_____

[1] In this Order all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above, as they appear on the docket maintained by the Clerk of the Court.

incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

　　　　For the reasons stated on the record:

　　　　**IT IS ORDERED** that the Motion is **GRANTED** and this case is **DISMISSED**.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #